```
                                        FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                   2000 APR 11  P 2: 36
```

RECEIVED APR 11 2000 Chambers of Judge Edith Brown Clement

USAO No. 1999Z00833

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| Plaintiff, | * | NO. 00-0065 |
| v. | * | SECTION: "N" (4) |
| **FREDDIE O. CASTELLO** | * | |
| Defendant. | * | |

              *      *      *

### CONSENT JUDGMENT

Plaintiff United States of America and the defendant, Freddie O. Castello, having entered into, executed and filed into this record a Stipulation for Consent Judgment, it is hereby:

ORDERED, ADJUDGED and DECREED that Judgment of Consent be entered in this proceeding in favor of the United States of America and against Freddie O. Castello, in the amount of $5,938.86, interest accruing on $2,798.10 at the rate of 8 percent per annum or the daily rate of $0.61 from November 29, 1999, to date of judgment, interest accruing on $1,080.08 at the rate of 9.34 percent per annum or the daily rate of $0.28 from November 29, 1999, to date of judgment, and interest from date of judgment until

DATE OF ENTRY
APR 11 2000



paid in full at the Treasury bill rate, 28 U.S.C. § 1961; and the costs of this proceeding.

New Orleans, Louisiana, this  11  day of  April , 2000.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
ENEID A. FRANCIS (5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

_____
FREDDIE O. CASTELLO
Defendant