



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 28 AM 11: 30

LORETTA G. WHYTE
CLERK

USA No. 1999Z00833

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0065 |
| FREDDIE O. CASTELLO | * | SECTION: "N" (4) |

          *    *    *

### APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Freddie O. Castello, Social Security Number 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, whose last known address is 147 Carondelet Street, Suite 1100, New Orleans, LA 70115, in the above-captioned action in the amount of $5,938.86, plus interest from date of judgment until paid. No payments have been received, leaving a total balance due of $6,674.92, as of November 19, 2001.

Plaintiff further requests that it be allowed to recover as part of its garnishment, a surcharge of 10 percent of the amount of the currently outstanding debt pursuant to 28 U.S.C. § 3011(a).

```
DATE OF ENTRY
NOV 2 9 2001
```

Fee_____
Process BC(1)writ
X Dktd BC
✓ CtRmDep.
Doc.No. 7

Demand for payment of the above-stated debt was made upon Freddie O. Castello  more than 30 days before October 1, 2001, but Freddie O. Castello has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money to Freddie O. Castello, or is in possession of property of Freddie O. Castello, in which Freddie O. Castello has a substantial non-exempt interest. The name and address of the Garnishee or its authorized agents:

        Manpower International Inc.
        Attn: Human Resources
        650 Poydras Street
        Poydras Center, Suite 1025
        New Orleans, LA  70130-6162


                        Respectfully submitted,

                        JIM LETTEN
                        UNITED STATES ATTORNEY


                        ENEID A. FRANCIS
                        Assistant United States Attorney
                        Bar Roll No. 5816
                        501 Magazine Street
                        Hale Boggs Federal Building
                        New Orleans, Louisiana   70130
                        Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *          CIVIL ACTION

     v.                                 *          NO.  00-0065

FREDDIE O. CASTELLO                *          SECTION:  "N" (4)

                      *          *          *

### O R D E R

The United States of America has applied for issuance of a Writ of Garnishment in order to satisfy the judgment entered against Freddie O. Castello;

IT IS HEREBY ORDERED that the Clerk issue the Writ of Garnishment and Manpower International Inc. be made garnishee and ordered to answer the writ within 10 days from service.

New Orleans, Louisiana, this __28__ day of __November__, 2001.


_____
UNITED STATES DISTRICT JUDGE

- 3 -