

USAO No. 1999Z00833

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0065 |
| FREDDIE O. CASTELLO | * | SECTION: "N" (4) |
| | * * * | |

### ANSWER OF THE GARNISHEE

___Felecia A. Myrick___, BEING DULY SWORN DEPOSES AND SAYS:

A.   IF GARNISHEE IS AN INDIVIDUAL:

That the debtor is Garnishee herein doing business in the name of _____.

IF THE GARNISHEE IS A PARTNERSHIP:

That the debtor is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That the debtor is the __Employee (Former)__ of Garnishee,

- 1 -

<u>Manpower International</u> a corporation, organized under the laws of the State of <u>  Florida            </u>.

B.  On <u>December 26,       </u>, 2001, Garnishee was served with the Writ of Garnishment for the pay period in effect on the date of service.

1.  Defendant was in my/our employ.  _____ Yes  \_\_x\_\_ No

2.  Pay period is \_x\_ weekly, \_\_\_ bi-weekly, \_\_\_ semi-monthly, \_\_\_ monthly.

    The pay period in effect on the Order and Writ of Garnishment were served began on <u>  December 23, 2001       </u>.

3.  Enter amount of net wages.  Calculate below:

    (a) Gross Pay $ <u>  varies     </u>

    (b) Federal income tax $ _____

    (c) F.I.C.A. income tax $ _____

    (d) State income tax $ _____

    (e) Total of tax withholdings $ _____

    Net Wages        $ <u>  varies     </u>
    (a less e)

4.  Have there been previous garnishments which are presently in effect.

    \_\_\_\_\_ Yes     \_\_xxx\_ No

    If the answer is yes, describe below.

    _____

    _____

    _____

    _____

C.  Garnishee has custody, control or possession of the following property (non-earnings), in which the judgment-debtor maintains an interest:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

D.  Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

E.  Check the applicable line below, if you deny that you hold property subject to this order of garnishment.

_____  Garnishee makes the following claim of exemption on the part of judgment-debtor:

_____

_____

_____

OR

_____  Garnishee has the following objections, defenses, or set-offs to plaintiff's right to apply Garnishee's indebtedness to judgment-debtor upon plaintiff's claim:

- 3 -

_____

_____

_____

_____

   __XXXX__      Garnishee was then in no manner and upon no account indebted or under liability to the defendant, and that the Garnishee did not have in its possession or control any property belonging to the judgment-debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

F.  Garnishee mailed the original of this answer by first-class mail to the Clerk of Court, United States District Court, 500 Camp Street, New Orleans, Louisiana 70130, and a copy of this answer by first-class mail to (1) Freddie O. Castello, at 147 Carondelet Street, Suite 1100, New Orleans, LA 70115  and (2) the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 501 Magazine Street, New Orleans, Louisiana 70130.

                                              *Manpower, Inc.*

                                    *Felecia A. Myrick*
                                    GARNISHEE

Subscribed and sworn to before me this

__31__ day of __December__ 20__01__.

_____*Sandi C. Hartzog*_____
       Notary Public

My commission expires: _____

SANDI C. HARTZOG
"Notary Public-State of Fl"
Comm. Exp Feb 26, 2005
Comm No. DD 004191