FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 28 AM 11: 07

LORETTA G. WHYTE
CLERK

USA No. 1999Z00833

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0065 |
| FREDDIE O. CASTELLO | * | SECTION: "N" (4) |

*   *   *

*[handwritten note: will unsigned gov't will dismiss no longer employed]*

### MOTION FOR ENTRY OF GARNISHEE ORDER

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, and moves for entry of a Garnishee Order pursuant to 28 U.S.C. § 3205(c)(7) moves for the reasons set forth below.

1.  A Writ of Garnishment directed to Manpower International Inc., garnishee, was duly issued and served on Manpower International Inc.

2.  Pursuant to the Writ of Garnishment, Manpower International Inc. filed an Answer stating that at the time of service of the Writ of Garnishment, it had in its possession or under its control, personal property belonging to or due to Freddie O. Castello, and that it was indebted to Freddie O. Castello.

3. More than 20 days have elapsed since the defendant was notified of the right to a hearing and a hearing to determine exempt property has not been requested.

4. Under 28 U.S.C. § 3205(c)(7), after the garnishee files an answer and if no hearing is requested, the court shall promptly issue an order directing the garnishee as to the disposition of the judgment debtor's property.

5. Pursuant to 28 U.S.C. § 3011, plaintiff is entitled as part of this proceeding to recover a surcharge of 10 percent of the amount of the debt. As set forth in the Writ of Garnishment, the amount of the debt on November 19, 2001, was $6,674.92.

Accordingly, the United States of America, moves that a Garnishee Order be entered directing Manpower International Inc. as to the disposition of the defendant's property in its custody, possession or control.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No 5816
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana  70130
Telephone:  (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0065 |
| FREDDIE O. CASTELLO | * | SECTION: "N" (4) |

\* \* \*

## GARNISHEE ORDER

Considering the Motion for Entry of Garnishee Order filed by the United States of America,

IT IS HEREBY ORDERED that Manpower International Inc. pay the United States of America the lesser of: (1) 25% of defendant's disposable earnings each pay period, 28 U.S.C. §§ 3205(a), 3002(9), or (2) the amount by which defendant's disposable earnings exceed 30 times the Federal minimum hourly wage as prescribed by 29 U.S.C. § 206(a)(1), and continue these payments until the debt is paid in full; Manpower International Inc. no longer has custody, possession or control of any property belonging to Freddie O. Castello; or until further order of this court. Payments are to be made to the U.S. Department of Justice as directed by the United States Attorney's Office.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 3011, the plaintiff shall recover from the defendant a surcharge of 10 percent of the amount of the debt, which amount is $688.88.

New Orleans, Louisiana, this \_\_\_\_ day of _____,
2002.

_____
UNITED STATES DISTRICT JUDGE

Case 2:00-cv-00065-EBC   Document 11   Filed 01/28/2002   Page 4 of 4