FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 30 AM 11: 08

LORETTA G. WHYTE
CLERK

USAO #1999Z00833

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0065 |
| v. | * | SECTION: "N"(4) |
| FREDDIE O. CATELLO | * | |
| Defendant. | * | |

\*   \*   \*

## MOTION TO DISMISS
## APPLICATION FOR WRIT OF GARNISHMENT

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes the United States of America, and moves to dismiss the Application for Writ of Garnishment. The government voluntarily dismisses the garnishment against Freddie O. Castello because Mr. Castello no longer is employed by Garnishee, Manpower International Inc. Therefore, Manpower International Inc.,

DATE OF ENTRY
FEB 5 2002

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____

garnishee, is released from any further responsibility in the captioned action.

                                        Respectfully submitted,

                                        JIM LETTEN
                                        UNITED STATES ATTORNEY

                                        ENEID A. FRANCIS
                                        Assistant United States Attorney
                                        Bar Roll No. 5816
                                        Chief, Civil Division
                                        Hale Boggs Federal Building
                                        501 Magazine Street, Second Floor
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 680-3060

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon the following individuals listed below by first-class mail, postage prepaid this 30th day of January, 2002.

Manpower International Inc.
Attn: Human Resources
650 Poydras Street, Suite. 1025
New Orleans, LA 70130-6162

Freddie O. Castello
147 Carondelet Street, Suite 100
New Orleans, LA 70115

                                        Eneid A. Francis
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0065 |
| v. | * | SECTION: "N"(4) |
| FREDDIE O. CATELLO | * | |
| Defendant. | * | |

\* \* \*

O R D E R

After considering the foregoing Motion,

IT IS ORDERED that the Application for Writ of Garnishment is dismissed.

New Orleans, Louisiana, this 4th day of February, 2002.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT