

cl

```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA
                                        2002 APR 15  A 11:10
                                          LORETTA G. WHYTE
                                                CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**April 15, 2002**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0065** |
| **FREDDIE O. CASTELLO** | * | **SECTION: "N"(4)** |

### HEARING ON MOTIONS

APPEARANCE(S):   VIA TELEPHONE: Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

    Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office called to inform the court that the United States Marshals Service has been unable to serve Mr. Castello, but will try at a later date. Ms. Alford indicated that the judgment debtor motion set for hearing before the Magistrate Judge on April 17, 2002, at 11:00 a.m. is moot. Accordingly, the motion is **DISMISSED.**

                                                      LOUIS MOORE, JR.
                                                      United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

```
DATE OF ENTRY
APR 1 5 2002
```

Fee_____
Process____
X Dktd_____
__CtRmDep__
Doc.No._15_